### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LATRAY COLLINS, | ) |
| Plaintiff, | ) |
| v. | ) CIV-07-431-R |
| MIKE BURGES, | ) |
| Defendant. | ) |

## O R D E R

Before the Court is the Report and Recommendation of United States Magistrate Judge Doyle W. Argo entered June 27, 2007. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Moreover, Plaintiff has neither paid the initial partial filing fee nor shown cause in writing for his failure to do so. Therefore, the Report and Recommendation is ADOPTED and Plaintiff's Complaint is DISMISSED without prejudice. The Court cannot respond to Plaintiff's letter filed July 3, 2007 because it is illegible.

**It is so ordered this 7th day of August, 2006.**

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE